BEFORE THE SECOND DIVISION, MARCH 27, 1952

**No. 56505.**—American Smelting & Refining Co. v. United States, protest 171826–K (San Francisco).

Opinion by Lawrence, J. The protest was dismissed.